IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

| | | |
|---|---|---|
| YVETTE L. PARKER-THUSTON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CV00701  SWW |
| RETIREMENT CENTER OF MORRILTON | * | |
| | * | |
| | * | |
| Defendant | | |

**<u>ORDER</u>**

Plaintiff Yvette L. Parker-Thuston brings this employment discrimination action *pro se* under Title VII of the 1964 Civil Rights Act against the Retirement Center of Morrilton.  After attempting to communicate with Plaintiff by mail, on April 30, 2010, Defendant filed a motion asking the Court to direct Plaintiff to communicate with counsel for the purpose of conducting a conference as required under Rule 26(f) of the Federal Rules of Civil Procedure and the initial scheduling order entered in this case.  By order entered April 30, 2010, the Court directed Plaintiff to provide the Court, within ten days from the entry date of the order, a phone number where she can be reached and a current mailing address.   The Court advised Plaintiff that failure to comply with the order would result in dismissal of this lawsuit without prejudice.  The Clerk of the Court mailed a copy of the order by regular mail and certified mail to the address supplied by Plaintiff when she initiated this lawsuit.  Plaintiff has failed to provide a telephone number and current mailing address as ordered by the Court.[1]  Accordingly, the Court finds that this

---

[1] The Court has advised Plaintiff of her obligation to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. *See* docket entry #7.  Local Rule 5.5(c)(2)

action should be dismissed without prejudice.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

      IT IS THEREFORE ORDERED that, pursuant to the judgment entered together with this order, this action is DISMISSED WITHOUT PREJUDICE.

      IT IS SO ORDERED THIS 13TH DAY OF MAY, 2010.

    /s/Susan Webber Wright

    UNITED STATES DISTRICT JUDGE

---

provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.