IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| YVETTE L. PARKER-THUSTON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:09CV00701  SWW |
| | * | |
| RETIREMENT CENTER OF MORRILTON | * | |
| | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 20TH DAY OF MAY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE